UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A. FLORES, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01164 JDP<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff is a state prisoner proceeding without counsel in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, it is hereby ordered that:

　　　　Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in *forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.


Dated:　August 21, 2020　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


No. 205.

1