UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. FLORES, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-1164-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(ECF No. 23) |

Plaintiff Jerry Dillingham is a former state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 28, 2023, the assigned Magistrate Judge filed findings and recommendations, recommending this action be dismissed for Plaintiff's failure to prosecute and failure to comply with court orders. (ECF No. 23.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.*) To date, no objections have been filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly,

1. The findings and recommendation, filed on August 28, 2023, (ECF No. 23), are ADOPTED in FULL;
2. This action is DISMISSED without prejudice for Plaintiff's failure to obey court orders and failure to prosecute; and
3. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated: October 25, 2023

_____
UNITED STATES DISTRICT JUDGE